

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| ADRIAN DICKER, | :     **WAIVER OF INDICTMENT** |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ADRIAN DICKER, the above-named defendant, who is accused of violating Title 18, United States Code, Section 371, and Title 26, United States Code, Section 7201, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant — ADRIAN DICKER

_____
Counsel for Defendant — Laura Gavioli, Esq.

_____
Witness

Date:   New York, New York
        March 17, 2009